UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEST ANCHORS, LLC, <br><br>      Plaintiff, <br><br> -against- <br><br> BIOMET 3I, LLC, <br><br>      Defendant. | Case No. 1:23-cv-07232 (JLR) <br><br> **<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

 In light of Defendant's new motion to dismiss, *see* ECF No. 23, Defendant's earlier motion to dismiss filed at ECF No. 5 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 3, 2023**. Defendant's reply, if any, is due by **October 9, 2023**.

 The Clerk of Court is directed to terminate ECF No. 5.

Dated: September 20, 2023
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge