# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-7358

E-mail Address
mgarvey@stblaw.com

> The requested adjournment of the initial pretrial conference pending resolution of the motion to dismiss is GRANTED.
>
> Dated: November 28, 2023
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> United States District Judge

VIA ECF

November 27, 2023

Re:   *Zest Anchors, LLC V. Biomet 3i, LLC*, Case No. 1:23-cv-07232-JLR

The Honorable Jennifer L. Rochon
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Rochon:

      We write jointly on behalf of all parties to the above-referenced matter.  Pursuant to Local Civil Rule 7.1(d) and Paragraphs 1(A) and 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, the parties respectfully request that the Court grant Plaintiff and Defendant an adjournment of the Initial Pretrial Conference (ECF No. 4).  The Initial Pretrial Conference is currently scheduled for December 12, 2023 (ECF No. 28).  The parties request an adjournment and extension to a date convenient to the Court to be determined following the Court's ruling on Defendant's pending Motion to Dismiss the Amended Complaint (ECF No. 23).  This is the parties' second request for an adjournment or extension of time.  The parties' first Letter Motion for Extension of Time was granted by this Court on September 27, 2023 (ECF No. 28).

      The parties believe an adjournment of the Initial Pretrial Conference is warranted in light of Defendant's pending Motion to Dismiss.  The parties do not wish to burden the Court, or each other, with proceedings and pre-conference submissions, as the determination of the Motion to Dismiss may obviate the need for burdensome discovery.  *See Johnson v. New York Univ. Sch. of Educ.*, 205 F.R.D. 433, 434 (S.D.N.Y. 2002) (granting request for a stay of discovery pending resolution of the motion to dismiss "because the adjudication of the pending motion to dismiss may obviate the need for burdensome discovery").  Accordingly, the most efficient way to proceed is to adjourn the Initial Pretrial Conference and stay discovery pending resolution of the Motion to Dismiss.  The parties further state that it is in the interest of judicial economy to wait until the pending Motion to Dismiss is resolved before proceeding with any further pre-trial conferences or pre-conference submissions.

Simpson Thacher & Bartlett LLP

**November 27,** 2023                                                                 The Honorable Jennifer L. Rochon

The parties thank the Court for its consideration of this request.

                    Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

/s/ *Michael J. Garvey*
Michael J. Garvey
Alison M. Sher

425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mgarvey@stblaw.com
alison.sher@stblaw.com

*Attorneys for Plaintiff Zest Anchors, LLC d/b/a Zest Dental Solutions*

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ Jared B. Briant

Jared B. Briant (admitted pro hac vice)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
jared.briant@faegredrinker.com

Lauren J.F. Barta (admitted pro hac vice)
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
lauren.barta@faegredrinker.com

Sophie J. Chau
1177 Avenue of the Americas, 41st Floor
New York, NY 10036

Simpson Thacher & Bartlett LLP

**November 27,** 2023      The Honorable Jennifer L. Rochon

Telephone: (212) 248-3140
Facsimile: (212) 248-3141
sophie.chau@faegredrinker.com

*Attorneys for Defendant Biomet 3i, LLC, d/b/a ZimVie*

cc:    All counsel of record (*by ECF*)