**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a ZEST DENTAL SOLUTIONS, | Civil Action No. 1:23-cv-07232-JLR |
| Plaintiff, | |
| v. | |
| BIOMET 3i, LLC d/b/a ZIMVIE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF MOTION TO DISMISS**

  **PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and based upon the accompanying memorandum of law, the accompanying Declaration of Alison M. Sher and the exhibits thereto (submitted with Plaintiff's Letter Motion to Seal), and all prior proceedings and filings in this matter, Plaintiff Zest Anchors, LLC d/b/a Zest Dental Solutions ("Zest"), by and through its undersigned counsel, hereby moves before the Honorable Jennifer L. Rochon for an order dismissing the Second Counterclaim that Defendant Biomet 3i, LLC d/b/a ZimVie ("Biomet") has asserted against Zest in Biomet's Answer, Defenses and Counterclaims (ECF No. 46).  A proposed form of order is also submitted herewith.

Dated: October 21, 2024      Respectfully submitted,

           SIMPSON THACHER & BARTLETT LLP

         By:   *s/ Michael J. Garvey*
           Michael J. Garvey
           Alison M. Sher
           Nicholas Cunha
           425 Lexington Avenue
           New York, New York 10017
           Telephone: (212) 455-2000
           Facsimile:  (212) 455-2502
           mgarvey@stblaw.com

alison.sher@stblaw.com
nicholas.cunha@stblaw.com

*Attorneys for Plaintiffs Zest Anchors, LLC d/b/a*
*Zest Dental Solutions*