**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a ZEST DENTAL SOLUTIONS,<br><br>       Plaintiff,<br><br>    v.<br><br>BIOMET 3i, LLC d/b/a ZIMVIE,<br><br>       Defendant. | Civil Action No. 1:23-cv-07232-JLR |

## [PROPOSED] ORDER

Plaintiff Zest Anchors, LLC d/b/a Zest Dental Solutions ("Zest"), by and through its counsel, having moved before the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Defendant Biomet 3i, LLC d/b/a ZimVie's ("Biomet") Second Counterclaim for breach of the implied covenant of good faith and fair dealing (ECF No. 46);

**NOW**, upon Zest's motion to dismiss, the Court having reviewed the motion and all supporting and opposing papers, and the Court being otherwise duly and sufficiently advised;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Zest's motion to dismiss is GRANTED;

**IT IS FURTHER ORDERED** that Biomet's Second Counterclaim is hereby **DISMISSED**.

**SO ORDERED**.

                   _____
                   Hon. Jennifer L. Rochon
                   United States District Judge