### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a ZEST DENTAL SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>BIOMET 3i, LLC d/b/a ZIMVIE,<br><br>Defendant. | Civil Action No. 1:23-cv-07232-JLR |

**DECLARATION OF ALISON M. SHER IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS THE SECOND COUNTERCLAIM AND LETTER MOTION TO SEAL**

I, Alison M. Sher, make the following Declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am an attorney with the law firm Simpson Thacher & Bartlett LLP and counsel for Zest Anchors, LLC d/b/a Zest Dental Solutions. I am a member of the bar of the State of New York and the United States District Court for the Southern District of New York. I submit this Declaration in support of Plaintiff's Motion to Dismiss The Second Counterclaim asserted by Defendant Biomet 3i, LLC d/b/a ZimVie's ("Biomet") in its Answer, Defenses and Counterclaims (ECF. No 46), and Plaintiff's Letter Motion to Seal. I make this Declaration based on personal knowledge and on documents maintained by my law firm in the ordinary course of business.

2. On October 21, 2024, Biomet indicated that it did not oppose Zest's position that the confidential and sensitive price and discount terms reflected in Exhibit 1 may be redacted. Biomet also indicated that it did not oppose Zest's position that the information contained in the remaining Exhibits attached to this Declaration does not meet this Court's requirements for sealing of confidential or sensitive information.

3. After further review, one sensitive price term contained in Exhibit 1 is repeated in Exhibit 4 and is likewise redacted.

4. Otherwise, and notwithstanding the Parties' prior production of the Exhibits as confidential or highly confidential in a related matter titled *Zest Anchors, LLC v. Geryon Ventures, LLC*, No. 3:22-cv-230-TWR-NLS (S.D. Cal.), Exhibits 2, 3, 5 and 6 are being provided without sealing.

5. Attached as **Exhibit 1** is a true and correct copy of an August 31, 2021 to September 1, 2021 email exchange, Bates stamped ZEST_0019533 to ZEST_0019535.

6. Attached as **Exhibit 2** is a true and correct copy of correspondence dated September 3, 2021, Bates stamped ZEST_0027681.

7. Attached as **Exhibit 3** is a true and correct copy of correspondence dated September 13, 2021, Bates stamped ZEST_0027683.

8. Attached as **Exhibit 4** is a true and correct copy of correspondence dated December 13, 2021, Bates stamped ZVZA-PROD-0085041 to ZVZA-PROD-0085043.

9. Attached as **Exhibit 5** is a true and correct copy of a December 15, 2021 to January 21, 2022 email exchange, Bates stamped ZVZA-PROD-0067712 to ZVZA-PROD-0067715.

10. Attached as **Exhibit 6** is a true and correct copy of correspondence dated February 22, 2022, Bates stamped ZVZA-PROD-0012500 to ZVZA-PROD-0012501.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2024
New York, New York

By: _____
Alison M. Sher